UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
In the Matter of the Application of
225 NORTHPORT, LLC,

                                  Petitioner/Plaintiff,

For a Judgment pursuant to CPLR Article 78 and for
Other Relief

        -against-

DAMON McMULLEN, JEREMY MALINE,
THOMAS J. KEHOE, MERCY SMITH,
IAN MILLIGAN, THE NORTHPORT VILLAGE
BOARD OF TRUSTEES, DONALD TESORIERO,
THE VILLAGE OF NORTHPORT, and
TIMOTHY BROJER,

                               Respondents/Defendants.
-------------------------------------------------------------------------X

Case No.: 2:24-cv-02967
(NJC)(ARL)

**NOTICE OF MOTION**

Judge Nusrat J. Choudhury

        PLEASE TAKE NOTICE that, upon the pleadings, the Declaration of Lorin A. Donnelly, Esq. dated June 25, 2024, and the accompanying Memorandum of Law dated June 25, 2024, Respondents/Defendants, DAMON McMULLEN, JEREMY MALINE, THOMAS J. KEHOE, MERCY SMITH, IAN MILLIGAN, THE NORTHPORT VILLAGE BOARD OF TRUSTEES, DONALD TESORIERO and THE VILLAGE OF NORTHPORT (collectively "Defendants") will move this Court, pursuant to Fed. R. Civ. P. 12(b)(6), before Honorable U.S. District Judge Nusrat J. Choudhury at the United States District Court for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, NY 11722 as such date and time as is convenient for the Court, for an Order granting Defendants' motion to dismiss the 42 U.S.C. 1983 Claim asserted in the

Second Amended Complaint in its entirety with prejudice as against Defendants, and granting such other and further relief as this Court deems just and proper.

Dated: Woodbury, New York
       June 25, 2024

>Respectfully submitted,
>
>MILBER MAKRIS PLOUSADIS
>& SEIDEN, LLP
>
>By: *Lorin A. Donnelly*
>     LORIN A. DONNELLY
>*Attorneys for Respondents/Defendants*
>DAMON McMULLEN, JEREMY
>MALINE, THOMAS J. KEHOE,
>MERCY SMITH, IAN MILLIGAN,
>THE NORTHPORT VILLAGE BOARD
>OF TRUSTEES, DONALD TESORIERO
>and THE VILLAGE OF NORTHPORT
>1000 Woodbury Road, Suite 402
>Woodbury, New York 11797
>(516) 870-1123
>File No.: 67M-19233
>ldonnelly@milbermakris.com

TO:   Edward M. Ross, Esq.
       Judah Serfaty, Esq.
       ROSENBERG CALICA & BIRNEY LLP
       Attorney for Petitioner/Plaintiff
       100 Garden City Plaza, Suite 408
       Garden City, New York 11530
       (516) 747-7400
       eross@rcblaw.com
       jserfaty@rcblaw.com
       *(VIA ECF)*

       TIMOTHY BROJER
       Respondent/Defendant
       149 Rumford Road
       Kings Park, NY 11754
       *(VIA REGULAR MAIL)*