# CERTIFICATE OF SERVICE

## In the Matter of the Application of 225 NORTHPORT LLC v. DAMON McMULLEN, ET AL.

## CASE NO.: 2:24-cv-02967 (NJC)(ARL)

LORIN A. DONNELLY, the attorney of record for Respondents/Defendants DAMON McMULLEN, JEREMY MALINE, THOMAS J. KEHOE, MERCY SMITH, IAN MILLIGAN, THE NORTHPORT VILLAGE BOARD OF TRUSTEES, DONALD TESORIERO and THE VILLAGE OF NORTHPORT, hereby certifies that on the date shown below, one copy of the foregoing **NOTICE OF MOTION, DECLARATION WITH EXHIBITS, and MEMORANDUM OF LAW,** were caused to be served by ECF upon:

    Edward M. Ross, Esq.
    Judah Serfaty, Esq.
    ROSENBERG CALICA & BIRNEY LLP
    Attorney for Petitioner/Plaintiff
    100 Garden City Plaza, Suite 408
    Garden City, New York 11530
    eross@rcblaw.com
    jserfaty@rcblaw.com

Dated: Woodbury, New York
       June 25, 2024

                                                    */s/ Lorin A. Donnelly*
                                                    LORIN A. DONNELLY