# AFFIDAVIT OF SERVICE

### In the Matter of the Application of 225 NORTHPORT LLC v. DAMON McMULLEN, ET AL.

### CASE NO.: 2:24-cv-02967 (NJC)(ARL)

STATE OF NEW YORK)
                        )ss:
COUNTY OF NASSAU )

LISA MARQUEZ, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age, and resides in Suffolk County, New York.

That on the 25th day of June, 2024, deponent served the within NOTICE OF MOTION, DECLARATION WITH EXHIBITS, and MEMORANDUM OF LAW, upon:

TIMOTHY BROJER
Respondent/Defendant
149 Rumford Road
Kings Park, NY 11754

party in this action, at the above address by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
LISA MARQUEZ

Sworn to before me this
25th day of June, 2024.

_____
Notary Public

*[Notary Seal: ANELA KOLENOVIC, NOTARY PUBLIC, My Comm. Expires August 2, 2019, No. 01KO6074257, NASSAU COUNTY, NEW YORK]*